

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| OSWALDO ESPINOSA | Yes | No |
| JORGE BORBON-OCHOA | Yes | No |
| RICARDO TELLO | No | Yes |
| RODOLFO RIZZO-RAMON | Yes | No |
| ABRAHAM ARECHIGA SANTILLAN | No | No |
| JESUS LEONEL CAMACHO-VERA | Yes | No |
| JOSE ISAIAS MARTINEZ | Yes | No |
| ELIEM LINARES | No | No |
| ELVIN SHTAYNER | No | No |
| PAULINA TORRES | No | No |
| AHMAD COLLINS | No | No |
| RAUL NAVARRETE-GOMEZ | No | Yes |
| MARTIN HERRERA-FERNANDEZ | No | Yes |
| URIEL ARIAS CARDENAS | Yes | No |
| DAVID BERGER | No | No |
| GLENIS ZAPATA | Yes | No |
| ILENIS ZAPATA | Yes | No |
| GEORGINA BANUELOS | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**
Case Number: **23 CR 426**
Case Title: *United States v. Oswaldo Espinosa*
Assigned Judge: **Jorge L. Alonso, District Judge**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **Yes, this is a category I case.**

What is the most severe level of offense/penalty in this indictment or information?
**Narcotics IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 21, United States Code, Sections 841(a)(1) and 846, Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(a)(1)(B)(ii), and 1956(h), and Title 31, United States Code, Sections 5313 and 5324(a)**

Assistant United States Attorney(s): **Andrew Erskine**
Contact Person and Phone Number: **Andrew Erskine 312-371-3591**

